No. 87–1279. Morrison, Independent Counsel *v.* Olson et al. C. A. D. C. Cir. [Probable jurisdiction noted, 484 U. S. 1058.] Motions of Burton D. Linne et al. and Lawrence E. Walsh, Independent Counsel, for leave to file briefs as *amici curiae* granted. Justice Kennedy took no part in the consideration or decision of these motions.

No. 87–5468. Johnson *v.* Mississippi. Sup. Ct. Miss. [Certiorari granted, 484 U. S. 1003.] Motion of Mississippi Public Defenders' Association for leave to file a brief as *amicus curiae* granted.

No. 87–6116. Penson *v.* Ohio. Ct. App. Ohio, Montgomery County. [Certiorari granted, 484 U. S. 1059.] Motion for appointment of counsel granted, and it is ordered that Gregory L. Ayers, Esq., of Columbus, Ohio, be appointed to serve as counsel for petitioner in this case.

No. 87–6320. MacKay *v.* Mercedes Benz of North America et al. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 11, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a petition for writ of certiorari in compliance with Rule 33 of the Rules of this Court.

Justice Brennan, Justice Marshall, Justice Blackmun, and Justice Stevens, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 87–1316. In re Cooper, dba Larry N. Cooper the Proprietorship. Petition for writ of mandamus and/or prohibition denied.